UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:21-CV-10504-RWZ

In re Bernardi & Sansosio Auto Body, Inc., Debtor.
WILLIAM BROWN—Appellant,

v.

JOHN O. DESMOND, Chapter 7 Trustee—Appellee.

ORDER

September 23, 2021

ZOBEL, S.D.J.

Because the Bankruptcy Judge's findings of fact are fully supported by the record and because his determination of the applicable law, and his conclusions based thereon, are correct as to all issues, his order dated March 16, 2021 is AFFIRMED.

| September 23, 2021 | /s/ Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |

1